SEALED FILED

SEP 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
(916) 448-2900 FAX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                              )   NO.  2 0 8 - SW - 0 3 8 4    GGH
                                    )
Search of 843 Purple Sage          )   [PROPOSED] ORDER
Drive, Vacaville, CA  95687        )
                                    )   [IN CAMERA AND UNDER SEAL]
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )

        The United States of America has applied to this Court for an

Order permitting it to file the affidavit underlying the search

warrant in the above-entitled proceedings, together with its

application, Memorandum of Points and Authorities and the accompanying

Declaration, in camera and under seal.  Upon consideration of the

application and the entire record herein,

/////

/////

/////

/////

/////

4

IT IS HEREBY ORDERED that the affidavit underlying the search warrant in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person until the filing of the search warrant. ✱

Dated this 12th day of September, 2008.

By:    GREGORY G. HOLLOWS
                 GREGORY G. HOLLOWS
                 United States Magistrate Judge

Presented by:

KYLE REARDON
Assistant U.S. Attorney

✱ Does not include attachments A and B.

5